```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SUSAN PHAN
    IAN L. GARRIQUES
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, CA 93721
 5  (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00162-OWW |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| JUAN MIGUEL AMBROSIO-PEREZ ) aka Miguel, and ) | |
| ISMAEL PRECILIANO VASQUEZ ) aka Jose Luis Correa-Vasquez,) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendants Ismael Preciliano Vasquez aka Jose Luis Correa-Vasquez and Juan Miguel Ambrosio-Perez aka Miguel, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and 1028(b), defendants Ismael Preciliano Vasquez aka Jose Luis Correa-Vasquez and Juan Miguel Ambrosio-Perez aka Miguel's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

///

PRELIMINARY ORDER OF FORFEITURE          1

        a)    Casio Digital Camera, serial number removed;

        b)    Paper cutter, Laser CL 300;

        c)    Toshiba Satellite Laptop, serial number 77562864K;

        d)    Samsung Cellular Telephone SCH-4340, identification number 16BD7846;

        e)    Motorola Cellular Telephone, identification number G305JE2LX3;

        f)    LG VX8610 Cellular Telephone, identification number BEJVX8610;

        g)    LG VX8500 Cellular Telephone, serial number 200901121;

        h)    Samsung SCH-R450 Cellular Telephone, identification number A3LSCHR450;

        i)    Motorola Cellular Telephone, identification number IHDT56HC1; and,

        j)    Approximately $8,886.00 in U.S. Currency.

2. The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. §§ 371, 1028(a)(1), (a)(2), (a)(3), and (a)(5), and 1546(a).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection/Immigration and Customs Enforcement, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1) and 18 U.S.C. § 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a

1  designee's) intent to dispose of the property in such manner as the
2  Attorney General may direct shall be posted for at least 30
3  consecutive days on the official internet government forfeiture
4  site www.forfeiture.gov.  The United States may also, to the extent
5  practicable, provide direct written notice to any person known to
6  have alleged an interest in the property that is the subject of the
7  order of forfeiture as a substitute for published notice as to
8  those persons so notified.

9       b.   This notice shall state that any person, other than
10 the defendants, asserting a legal interest in the above-listed
11 property, must file a petition with the Court within sixty (60)
12 days from the first day of publication of the Notice of Forfeiture
13 posted on the official government forfeiture site, or within thirty
14 (30) days from receipt of direct written notice, whichever is
15 earlier.

16   5.   If a petition is timely filed, upon adjudication of all
17 third-party interests, if any, this Court will enter a Final Order
18 of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and
19 1028(b) in which all interests will be addressed.

20      IT IS SO ORDERED.

21 **Dated:   July 6, 2010**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE