```
BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
IAN L. GARRIQUES
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
(559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00162-OWW |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| JUAN MIGUEL AMBROSIO-PEREZ<br>   aka Miguel, and<br>ISMAEL PRECILIANO VASQUEZ<br>   aka Jose Luis Correa-Vasquez, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

WHEREAS, or about July 7, 2010, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and 18 U.S.C. § 1028(b), based upon the plea agreements entered into between plaintiff and defendants Juan Miguel Ambrosio-Perez and Ismael Preciliano Vasquez, in the following property:

   a)   Casio Digital Camera, serial number removed;

   b)   Paper cutter, Laser CL 300;

   c)   Toshiba Satellite Laptop, serial number 77562864K;

FINAL ORDER OF FORFEITURE                1

        d)    Samsung Cellular Telephone SCH-4340, identification number 16BD7846;

        e)    Motorola Cellular Telephone, identification number G305JE2LX3;

        f)    LG VX8610 Cellular Telephone, identification number BEJVX8610;

        g)    LG VX8500 Cellular Telephone, serial number 200901121;

        h)    Samsung SCH-R450 Cellular Telephone, identification number A3LSCHR450;

        i)    Motorola Cellular Telephone, identification number IHDT56HC1; and,

        j)    Approximately $8,886.00 in U.S. Currency.

    AND WHEREAS, beginning on July 21, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6)(A), and 1028(b)(5), to be disposed of according to law, including all right, title, and interest of Juan Miguel Ambrosio-Perez and Ismael Preciliano Vasquez.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   September 30, 2010**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE